UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EUGENE BUNDROCK,<br><br>                  Plaintiff,<br><br>   v.<br><br>CITIGROUP, INC.,<br><br>                  Defendant. | NO: 2:16-CV-0063-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Voluntary Dismissal with Prejudice (ECF No. 5). Because Defendant has not answered nor moved for summary judgment, Plaintiff has an absolute right to dismiss. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**: This case is **DISMISSED** with prejudice. The District Court Executive is directed to enter this Order, furnish copies to the parties, and **CLOSE** the file.

**DATED** July 22, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 1